UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:06CV349

| | |
|---|---|
| LEAD TECHNOLOGIES, INC. and MOE DAHER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GTX CORPORATION, | ) ) |
| Defendant. | ) ) |

**ORDER APPROVING APPLICATION FOR PRO HAC VICE
ADMISSION OF PAUL J. ANDRE**

The application of Paul J. Andre to appear and participate in this litigation is hereby APPROVED.

Signed: September 5, 2006

David C. Keesler
United States Magistrate Judge