THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LEAD TECHNOLOGIES, INC. and MOE DAHER, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GTX CORPORATION, )<br>)<br>Defendant. ) | Civil Action No. 3:06cv349 |

ORDER GRANTING STIPULATED
MOTION TO DISMISS ACTION WITH PREJUDICE

The Court, having considered Plaintiffs and Counterdefendants LEAD Technologies, Inc. ("LEAD") and Moe Daher and Defendant GTX Corporation's ("GTX") Stipulated Motion to Dismiss Action with Prejudice, finds that the Motion is good and should be GRANTED, It is hereby

ORDERED that LEAD and Daher's claims against GTX in the above-captioned action and GTX' counterclaims against LEAD and Daher in the above-captioned action are hereby DISMISSED with prejudice. Each party shall bear its own costs, attorneys' fees, and other expenses.

Signed: May 15, 2007

David C. Keesler
United States Magistrate Judge